IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:24-CV-29-FL

| | | |
|---|---|---|
| SABRINA GIBSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| NORTH CAROLINA OFFICE OF | ) | |
| EMERGENCY MEDICAL SERVICES, | ) | |
| UNITED STATES OF AMERICA, and | ) | |
| JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court sua sponte in connection with its June 14, 2024 order dismissing plaintiff's claims against all defendants in this action except for "John Does 1-10," and ordering plaintiff to show cause within 21 days why this court should not dismiss her claims against these unidentified defendants under Federal Rule of Civil Procedure 4(m) for failure to effect service. (See Order (DE 23) 9).

Plaintiff has failed to effect service on any John Doe defendant, and has failed to demonstrate good cause why this action should not be dismissed. Plaintiff offered two responses to the court's order: 1) a letter recounting her efforts to obtain redress from various law enforcement agencies against the harassment she alleges, and 2) 55 pages of tracking information on packages with unknown contents mailed to, among other persons and entities, the Secretary of the Commonwealth of Virginia, the Secretary of the Department of Homeland Security, a Virginia Superior Court Judge, the Clerk of Superior Court of Forsyth County, North Carolina, and the Office of Audit Evaluation at the Federal Aviation Administration. (See Letter (DE 24); Letter

Document (DE 24-1) 7, 33, 34, 53, 54). These filings are not responsive to the court's order, as they demonstrate neither the perfection of service upon any defendant, nor any good cause for failure to do so.

## CONCLUSION

Based on the forgoing, the court DISMISSES WITHOUT PREJUDICE plaintiff's claims against "John Does 1-10" pursuant to Federal Rule of Civil Procedure 4(m). The clerk is DIRECTED to close this case.

SO ORDERED, this the 18th day of July, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge