UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| SABRINA GIBSON | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| NORTH CAROLINA OFFICE OF | ) | No. 5:24-CV-29-FL |
| EMERGENCY MEDICAL SERVICES, | ) | |
| JOHN DOES 1-10 AND UNITED STATES | ) | |
| OF AMERICA | ) | |
|     Defendants | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motions to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the order entered on June 14, 2024, and for the reasons set forth more specifically therein, that defendants' motions to dismiss are GRANTED and defendants North Carolina Office of Emergency Medical Services and United States of America are terminated as parties;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 19, 2024, and for the reasons set forth more specifically therein, all remaining defendants are DISMISSED for failure to serve and for failure to show good cause for the same.

**This Judgment Filed and Entered on July 18, 2024, and Copies To:**
Sabrina Gibson (via US mail) P O Box 7382, Hampton, VA 23666
Eric R. Hunt (via CM/ECF Notice of Electronic Filing)
Katharine Paige O'Hale (via CM/ECF Notice of Electronic Filing)

July 18, 2024　　　　　　　　　　　PETER A. MOORE, JR., CLERK

　　　　　　　　　　　　　　　　　　 /s/ Sandra K. Collins
　　　　　　　　　　　　　　　　　(By) Sandra K. Collins, Deputy Clerk